GIBSON, DUNN, & CRUTCHER LLP
GARETH T. EVANS, SBN 138992
ANDREW Z. EDELSTEIN, SBN 218023
333 S. Grand Avenue, 46th Floor
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520
e-mail:  gevans@gibsondunn.com

MILBANK, TWEED, HADLEY &
 McCLOY LLP
JAMES N. BENEDICT, *Pro Hac Vice*
SEAN M. MURPHY, *Pro Hac Vice*
C. NEIL GRAY, *Pro Hac Vice*
L. ANTHONY PELLEGRINO, *Pro Hac Vice*
One Chase Manhattan Plaza
New York, NY  10005-1413
(212) 530-5000
e-mail:  jbenedict@milbank.com

Attorneys for Defendants
Capital Research and Management Company
and American Funds Distributors, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RACHELLE KORLAND, ON BEHALF OF THE EUROPACIFIC GROWTH FUND,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL RESEARCH AND MANAGEMENT COMPANY, et al.<br><br>Defendant(s). | Case No. CV 08-04020 GAF (RNBx)<br><br>**ORDER CONCERNING JOINT STIPULATION FOR STAY**<br><br>Judge:     Hon. Gary A. Feess<br>Place:     Courtroom 740<br>              255 E. Temple Street<br>              Los Angeles, CA 90012 |

# ORDER

Pursuant to the Joint Stipulation For Stay filed with the Court on April 15, 2009,

**IT IS HEREBY ORDERED** that the Korland action is (1) stayed until one of the following events occurs (thereby automatically terminating the stay):

    (a) The Corbi parties resolve that action through a binding settlement agreement;

    (b) The Corbi action is dismissed;

    (c) A judgment after trial is reached in Corbi.

(2) If the termination of the Korland stay is caused: by (a) above, Defendants shall have 30 days from the date of its execution to answer or otherwise move in Korland; by (b) above, Defendants shall have 30 days from the date of dismissal to answer or otherwise move in Korland; or by (c) above, Defendants shall have 45 days from the date thereof to answer or otherwise move in Korland.

(3) Plaintiffs may lift the stay at any time by providing written notice to Defendants, after which Defendants shall have 45 days from receipt of such notice to answer or otherwise move in Korland.

IT IS SO ORDERED

DATED: April 16, 2009

_____

HONORABLE GARY A. FEESS

UNITED STATES DISTRICT JUDGE

NY2:#4829443v1

1