GIBSON, DUNN, & CRUTCHER LLP
GARETH T. EVANS, SBN 138992
ANDREW Z. EDELSTEIN, SBN 218023
333 S. Grand Avenue, 46th Floor
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520
e-mail:  gevans@gibsondunn.com

MILBANK, TWEED, HADLEY &
 McCLOY LLP
JAMES N. BENEDICT, *Pro Hac Vice*
SEAN M. MURPHY, *Pro Hac Vice*
C. NEIL GRAY, *Pro Hac Vice*
L. ANTHONY PELLEGRINO, *Pro Hac Vice*
One Chase Manhattan Plaza
New York, NY  10005-1413
(212) 530-5000
e-mail:  jbenedict@milbank.com

Attorneys for Defendants
Capital Research and Management Company
and American Funds Distributors, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RACHELLE KORLAND, ON BEHALF OF THE EUROPACIFIC GROWTH FUND,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL RESEARCH AND MANAGEMENT COMPANY, et al.<br><br>Defendant(s). | Case No. CV 08-04020 GAF (RNBx)<br><br>**JOINT STIPULATION FOR CONTINUED STAY**<br><br>Judge:     Hon. Gary A. Feess<br>Place:     Courtroom 740<br>              255 E. Temple Street<br>              Los Angeles, CA 90012 |

WHEREAS, Plaintiff Rachelle Korland filed her initial complaint (the "Complaint") in this action on June 18, 2008 (the "Korland" action);

WHEREAS, the Complaint was assigned to Judge Margaret Morrow of this District, but was subsequently transferred on July 22, 2008 to Judge Gary A. Feess, as a related case to In re American Mutual Funds Fee Litigation, Master File CV-04-5593 (GAF) (RNBx) (also known as the "Corbi" litigation) (Dkt. No. 11);

WHEREAS, on February 10, 2009, this Court granted Defendants' motion to dismiss the Complaint, but granted Plaintiff leave to replead (Dkt. No. 45);

WHEREAS, on March 30, 2009, Plaintiff filed her First Amended Conformed Complaint ("FAC") with the Court;

WHEREAS the FAC seeks to recover allegedly excessive and disproportionate Rule 12b-1 fees and investment advisory fees on behalf of the EuroPacific Growth Fund (*See* FAC ¶ 3);

WHEREAS the Corbi Fourth Amended Complaint also sought to recover allegedly excessive and disproportionate Rule 12b-1 and advisory fees on behalf of eight of the mutual funds advised by Defendants (but does not allege claims against EuroPacific Growth Fund) (*See* Corbi Fourth Amended Compl. ¶ 1);

WHEREAS, a Joint Stipulation For Stay of the Korland action was granted by this Court on April 16, 2009, pending the disposition of the Corbi litigation;

WHEREAS, the Corbi action was tried in August 2009;

WHEREAS judgment for the Defendants was entered in the Corbi litigation on January 13, 2010 (Corbi Dkt. No. 585);

WHEREAS the stay is scheduled to terminate automatically on March 1, 2010, 45 days from the date that judgment was entered in Corbi, in accordance with the Joint Stipulation for Stay;

WHEREAS, the Corbi Plaintiffs filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit on February 11, 2010 (Corbi Dkt. No. 590);

WHEREAS, the Supreme Court will be considering issues related to the Gartenberg standard in Jones v. Harris, No. 08-586 (oral argument heard on Nov. 2, 2009);

WHEREAS, the Corbi Plaintiffs have stated that they will file a motion to stay their appeal pending the Supreme Court's decision in Jones v. Harris, No. 08-586. (*See* United States Court of Appeals for Ninth Circuit, Civil Appeals Docketing Statement, Corbi Dkt. No. 592);

WHEREAS, given that Corbi and Korland are related cases; Plaintiff and Defendants have met and conferred to discuss the upcoming Corbi appeal and the pending decision in Jones v. Harris and agree that the interests of judicial economy would best be served if the Korland action were stayed until both the Corbi appeal is resolved and the Supreme Court issues a decision in Jones v. Harris, No. 08-586;

NOW THEREFORE, the parties hereby stipulate (1) that the Korland action is stayed until the later of the following events occurs (thereby automatically terminating the stay):

(a) The Corbi appeal is resolved; and

(b) The Supreme Court issues a decision in Jones v. Harris, No. 08-586.

(2)  After both of the above events occur Defendants shall have 45 days from the date thereof to answer or otherwise move in Korland.

(3)  Defendants stipulate further that Plaintiffs may lift the stay at any time by providing written notice to Defendants, after which Defendants shall have 45 days from receipt of such notice to answer or otherwise move in Korland.

DATED:  February 18, 2010

Respectfully submitted

GIBSON, DUNN & CRUTCHER LLP

By: ___/s/_ Andrew Z. Edelstein_____

ANDREW Z. EDELSTEIN

MILBANK, TWEED, HADLEY & McCLOY LLP

Attorneys for Defendants
Capital Research and Management Company, and American Funds Distributors, Inc.

Dated: February 18, 2010

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

   /s/  Robert B. Weintraub_____
Daniel W. Krasner
Robert B. Weintraub
270 Madison Ave.
New York, NY 10016
(212) 545-4600 (Phone)
(212) 545-4653 (Facsimile)
kranser@whafh.com
weintraub@whafh.com

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
750 B Street, Suite 2770
San Diego, CA 92101
(619) 239-4599 (Phone)
(619) 234-4599 (Facsimile)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

Attorneys for Plaintiff