GIBSON, DUNN, & CRUTCHER LLP
GARETH T. EVANS, SBN 138992
ANDREW Z. EDELSTEIN, SBN 218023
333 S. Grand Avenue, 46th Floor
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520
e-mail:  gevans@gibsondunn.com

MILBANK, TWEED, HADLEY &
 McCLOY LLP
JAMES N. BENEDICT, *Pro Hac Vice*
SEAN M. MURPHY, *Pro Hac Vice*
C. NEIL GRAY, *Pro Hac Vice*
L. ANTHONY PELLEGRINO, *Pro Hac Vice*
One Chase Manhattan Plaza
New York, NY  10005-1413
(212) 530-5000
e-mail:  jbenedict@milbank.com

Attorneys for Defendants
Capital Research and Management Company
and American Funds Distributors, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RACHELLE KORLAND, ON BEHALF OF THE EUROPACIFIC GROWTH FUND,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL RESEARCH AND MANAGEMENT COMPANY, et al.<br><br>Defendant(s). | Case No. CV 08-04020 GAF (RNBx)<br><br>**ORDER CONCERNING JOINT STIPULATION FOR STAY**<br><br>Judge:    Hon. Gary A. Feess<br>Place:     Courtroom 740<br>              255 E. Temple Street<br>              Los Angeles, CA 90012 |

# ORDER

Pursuant to the Joint Stipulation For Stay filed with the Court on February 18, 2010,

**IT IS HEREBY ORDERED** that the Korland action is (1) stayed until the later of the following events occurs (thereby automatically terminating the stay):

    (a) The Corbi appeal is resolved; and

    (b) The Supreme Court issues a decision in Jones v. Harris, No. 08-586.

(2) After both of the above events occur Defendants shall have 45 days from the date thereof to answer or otherwise move in Korland.

(3) Plaintiffs may lift the stay at any time by providing written notice to Defendants, after which Defendants shall have 45 days from receipt of such notice to answer or otherwise move in Korland.

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

IT IS FURTHER ORDERED that counsel for plaintiff shall file semi-annual status reports commencing on May 3, 2010.  All pending calendar dates are vacated by the Court.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.IT IS SO ORDERED

DATED: February 19, 2010

                                                            *Gary Feess*
                                            _____
                                            HONORABLE GARY A. FEESS
                                            UNITED STATES DISTRICT JUDGE

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

1

NY2:#4829443v1