WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

DANIEL W. KRASNER
krasner@whafh.com
ROBERT B. WEINTRAUB
weintraub@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4653

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RACHELLE KORLAND, ON BEHALF OF THE EUROPACIFIC GROWTH FUND,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL RESEARCH AND MANAGEMENT COMPANY AND AMERICAN FUNDS DISTRIBUTORS, INC.<br><br>　　　　　　Defendant(s). | Case No. CV 08-04020 GAF (RNBx)<br><br>**STATUS REPORT, FILED PURSUANT TO COURT ORDER**<br><br>Judge:　Hon. Gary A. Feess<br>Place:　Courtroom 740<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA  90012 |

WHEREAS, this action (the "*Korland*" action) is a related case to *In re American Mutual Funds Fee Litigation*, Master File CV-04-5593 (GAF) (RNBx) (the "*Corbi*" litigation);

WHEREAS the *Korland* Complaint seeks to recover allegedly excessive and disproportionate Rule 12b-1 fees and investment advisory fees on behalf of the EuroPacific Growth Fund (*See* Complaint, e.g., ¶3 and *passim*);

WHEREAS the *Corbi* Fourth Amended Complaint also seeks to recover allegedly excessive and disproportionate Rule 12b-1 and advisory fees on behalf of eight of the mutual funds advised by Defendants (but does not allege claims on behalf of the EuroPacific Growth Fund) (*See Corbi* Fourth Amended Compl. ¶ 1);

WHEREAS a Joint Stipulation for Stay was filed with this Court on April 15, 2009.  It was based upon the fact that the *Corbi* 12b-1 fee action currently was before this Court, pending trial.  This Court entered an Order Granting Joint Stipulation for Stay on April 16, 2009 (Dkts. 56-57);

WHEREAS a Joint Stipulation for Continued Stay was filed on February 18, 2010 (Dkt. 58).  It was based upon the fact that the *Corbi* 12b-1 action currently is on appeal before the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court had granted *certiorari* in *Jones v. Harris Associates L.P.*, No. 08-586, an action (like the *Korland* action) concerning mutual fund fees under section 36(b) of the Investment Company Act of 1940, 15 U.S.C. § 80a-35(b); and

WHEREAS this Court entered an Order on February 19, 2010 (Dkt. 59) removing this action from the Court's active caseload and requesting that plaintiff file semi-annual status reports on this action.  Accordingly, the report follows:

The United States Supreme Court issued its decision in *Jones v. Harris* on March 30, 2010.  559 U.S. ___ , 130 S. Ct. 1418 (2010).  The Supreme Court reversed the grant of summary judgment for defendants and remanded the action.  The Court held that given the lack of competition in the mutual fund market:  (a) mutual fund fees are properly subject to intensive, fact-based scrutiny under § 36(b), and (b) the number

of relevant factors go far beyond the six specific factors previously identified in *Gartenberg v. Merrill Lynch Asset Mgmt., Inc.,* 694 F.2d 923, 928 (2d Cir. 1982). The Seventh Circuit has not yet taken further action.

The *Corbi* action is still on appeal before the Ninth Circuit. Plaintiffs-Appellants' reply brief was filed three weeks ago. As far as plaintiff herein knows, no date for oral argument has been set.

DATED: November 3, 2010

Respectfully submitted

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP

   /s/ Robert B. Weintraub
DANIEL W. KRASNER
ROBERT B. WEINTRAUB
270 Madison Ave.
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653
kranser@whafh.com
weintraub@whafh.com

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

Attorneys for Plaintiff

590028

- 2 -