WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

DANIEL W. KRASNER
krasner@whafh.com
ROBERT B. WEINTRAUB
weintraub@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4653

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RACHELLE KORLAND, ON BEHALF OF THE EUROPACIFIC GROWTH FUND,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL RESEARCH AND MANAGEMENT COMPANY AND AMERICAN FUNDS DISTRIBUTORS, INC.<br><br>Defendant(s). | Case No. CV 08-04020 GAF (RNBx)<br><br>**JOINT STIPULATION TO RESTORE THIS ACTION TO THE COURT'S ACTIVE CASELOAD FOR VOLUNTARY DISMISSAL WITH PARTIES TO BEAR THEIR OWN COSTS**<br><br>Judge:  Hon. Gary A. Feess<br>Place:  Courtroom 740<br>             255 E. Temple Street<br>             Los Angeles, CA  90012 |

1  WHEREAS, this action (the "*Korland*" action) is a related case to *In re American Mutual Funds Fee Litigation*, Master File CV-04-5593 (GAF) (RNBx) (the "*Corbi*" litigation);

2  WHEREAS, the parties filed a Joint Stipulation for Stay with this Court on April 15, 2009 (Doc. No. 56) seeking a stay of the *Korland* action pending resolution of the *Corbi* action which was pending trial before this Court;

3  WHEREAS, this Court entered an Order Granting Joint Stipulation for Stay on April 16, 2009 (Doc. No. 57);

4  WHEREAS, after trial this Court dismissed the *Corbi* action and entered judgment for defendants in *Corbi* on December 28, 2009;

5  WHEREAS, on February 11, 2010, plaintiffs in the *Corbi* action filed a notice of appeal;

6  WHEREAS, this Court entered an Order Concerning Joint Stipulation for Stay on February 19, 2010 (Doc. No. 59) that continued the stay of the *Korland* action until the appeal of the *Corbi* action was resolved and removed this action from the Court's active caseload until further application by the parties or order of this Court;

7  WHEREAS, on August 24, 2011, the United States Court of Appeals for the Ninth Circuit affirmed this Court's judgment for the defendants in *Corbi*;

8  WHEREAS, the time for plaintiffs-appellants in *Corbi* to file a *Petition for Certiorari* with the United States Supreme Court seeking review of the Ninth Circuit's decision has passed and counsel for plaintiffs-appellants in *Corbi* have stated that they will not be filing a *Petition for Certiorari*;

9  WHEREAS, Defendants in the *Korland* action have served neither an answer nor a motion for summary judgment;

10  WHEREAS, Plaintiff is filing concurrently herewith a Notice of Voluntary Dismissal of this Action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); and

1  WHEREAS, each party to this Action has agreed to bear its own costs in this
2  litigation.
3  Accordingly, IT IS HEREBY STIPULATED AND AGREED TO BY
4  PLAINTIFF AND DEFENDANTS, THROUGH THEIR UNDERSIGNED
5  COUNSEL, that:
6  1. Pursuant to this Court's Order above (Doc. No. 59), the parties request
7  that the Court restore this Action to the Court's active caseload so that Plaintiff may
8  file her Notice of Voluntary Dismissal;
9  2. Pursuant to this Court's Orders, dated April 16, 2009 and February 19,
10  2010  (Doc. Nos. 57 and 59, respectively), Plaintiff lifts the stay for the sole purpose of
11  filing her Notice of Voluntary Dismissal;
12  3. Plaintiff shall separately file a Notice of Voluntary Dismissal of this
13  Action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i);
14  and
15  4. Each party to this Action shall bear its own costs.
16  DATED:  January 6, 2011

Respectfully submitted

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP

   /s/  Robert B. Weintraub_____
DANIEL W. KRASNER
ROBERT B. WEINTRAUB
270 Madison Ave.
New York, NY 10016
Telephone:  212/545-4600
Facsimile:   212/545-4653
kranser@whafh.com
weintraub@whafh.com

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

|    |                                      |
|----|--------------------------------------|
| 1  | gregorek@whafh.com                   |
| 2  | manifold@whafh.com                   |
|    | rickert@whafh.com                    |
| 3  | *Attorneys for Plaintiff*            |
| 4  |                                      |
| 5  | GIBSON, DUNN & CRUTCHER LLP          |
| 6  | /s/ Gareth T. Evans                  |
| 7  | GARETH T. EVANS                      |
|    | 333 S. Grand Avenue                  |
| 8  | Los Angeles, CA 90071                |
| 9  | Telephone:  (213) 229-7000           |
|    | Facsimile:   (213) 229-7520          |
| 10 | gevans@gibsondunn.com                |
| 11 |                                      |
| 12 | MILBANK, TWEED, HADLEY               |
|    | & McCLOY LLP                         |
| 13 | JAMES N. BENEDICT                    |
| 14 | SEAN M. MURPHY                       |
|    | One Chase Manhattan Plaza            |
| 15 | New York, NY 10005-1413              |
| 16 | Telephone:  (212) 530-5000           |
|    | Facsimile:   (212) 530-5219          |
| 17 | jbenedict@milbank.com                |
| 18 | smurphy@milbank.com                  |
| 19 | *Counsel for Defendants*             |
| 20 |                                      |
| 21 |                                      |
| 22 | 674055v4                             |
| 23 |                                      |
| 24 |                                      |
| 25 |                                      |
| 26 |                                      |
| 27 |                                      |
| 28 |                                      |